USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

MASON TENDERS DISTRICT COUNCIL  :  08 Civ. 8373 (SHS)
WELFARE FUND, *ET ANO*,
                                :
            Plaintiffs,
                                :
    -against-                      ORDER
                                :
PRECISE BRICK INC., *ET AL.*,
                                :
            Defendants.
----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The last day for defendants to respond to plaintiffs' document demands, notice to admit, and interrogatories is March 6, 2009;

    2.    Plaintiffs shall conduct any depositions on or before March 20, 2009; and

    3.    The conference scheduled for February 13, 2009, is adjourned to March 27, 2009, at 10:00 a.m.

Dated: New York, New York
       February 6, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.