```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MASON TENDERS DISTRICT COUNCIL    :    08 Civ. 8373 (SHS)
WELFARE FUND, and JOHN J. VIRGA,

                Plaintiffs,

    -against-                              ORDER

PRECISE BRICK INC., *ET AL.*,

                Defendants.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

A pretrial conference having been held today, with counsel for plaintiff and defendant Precise Brick Inc. present, and the Court having found that defendant Precise Brick has failed to respond to plaintiffs' document demands, notice to admit, and interrogatories, as directed to do so in an Order dated February 6, 2009, and defendant Precise Brick having failed to be deposed on or before March 20, 2009, as directed in the February 6 Order,

IT IS HEREBY ORDERED that if defendant Precise Brick does not respond to plaintiffs' document demands, notice to admit, and interrogatories, and its deposition has not been taken on or before April 17, 2009, the Court shall, upon written notice from plaintiffs of Precise Brick's failures, grant judgment for plaintiff against defendant Precise Brick pursuant to Fed. R. Civ. P. 37. In that event, plaintiffs shall submit a proposed judgment, and defendant Precise Brick may submit its opposition to the proposed judgment within five days thereafter.

Dated: New York, New York
       March 27, 2009

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.